Christopher M. Bunge, Bar No. 258780
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
4 Park Plaza, Suite 1000
Irvine, CA 92614
Telephone: 949-852-6700
cbunge@watttieder.com

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN F. OTTO, INC. dba OTTO CONSTRUCTION, a California corporation,<br><br>Defendant. | Case No. 2:21-cv-01480-MCE-AC<br><br>**STIPULATION TO STAY ACTION PENDING STATE COURT ACTION AND ORDER** |

Plaintiff Arch Insurance Company ("Arch") and Defendant John F. Otto, Inc. dba Otto Construction ("Otto") hereby stipulate to stay this matter in its entirety pending a previously filed state court action related to the same dispute.

**Background**

1. In September 2019, Otto entered into a subcontract (the "Subcontract") with Intermodal Structures, Inc. dba iMod Structures ("iMod") to furnish labor, material, and supervision to complete all modular building design, fabrication, and installation work for a public work of improvement known as CSU Maritime Academy TOCA projects (the "Project"). Shortly thereafter, iMod commenced its work under the Subcontract.

///

2. Thereafter, Otto requested that iMod obtain payment and performance bonds securing iMod's obligations under the Subcontract.

3. To comply with Otto's request, iMod approached Arch to obtain such bonds, which Arch provided.

4. Thereafter, iMod became financially unable to complete its obligations on the Project.

5. On or about May 12, 2021, Otto terminated iMod for default and submitted a claim to Arch under the performance bond demanding that Arch perform its obligations under the performance bond for the benefit of Otto.

6. Arch denied the claim and filed this lawsuit on August 18, 2021 against Otto seeking damages related to alleged misrepresentations by Otto in connection with procuring the bonds.

7. However, Otto filed its own suit against Arch and iMod in Superior Court for the County of Solano, State of California, Case No. FCS056929 on August 11, 2021.

**Stipulation**

8. Because this action is based on the same facts as the state court action filed by Otto, and because Otto's state court action was prior in time, the parties have agreed to stay this action pending final disposition of the state court action.

9. The parties will file a status report regarding the state court action on or before April 15, 2022.

10. Upon resolution of the state court action, Arch will dismiss this action.

11. However, upon 30 days' notice to the other party, any party may file a motion to lift the stay of this action for good cause.

12. This stipulation is not intended to affect Otto's rights to later file a motion to stay or dismiss this action based on the earlier filing of the state court action, if necessary, and Otto reserves its rights to file such motion.

///

13. Based on the foregoing, Arch and Otto request this Court enter a stay of this action as set forth herein.

Dated: October 13, 2021   Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: /s/ Christopher M. Bunge
    Christopher M. Bunge
    Attorneys for Plaintiffs
    ARCH INSURANCE COMPANY

DATED: October 28, 2021   O'CONNOR THOMPSON MCDONOUGH KLOTSCHE LLP

By: /s/ Sean-Thomas P. Thompson (as authorized on October 22, 2021)
    SEAN-THOMAS P. THOMPSON
    Attorneys for Defendant JOHN F. OTTO, INC. dba OTTO CONSTRUCTION

IT IS SO ORDERED.

Dated: October 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE