Christopher M. Bunge, Bar No. 258780
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
4 Park Plaza, Suite 1000
Irvine, CA  92614
Telephone:  949-852-6700
cbunge@watttieder.com

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN F. OTTO, INC. dba OTTO CONSTRUCTION, a California corporation,<br><br>Defendant. | Case No.  2:21-cv-01480-MCE-AC<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's October 28, 2021 Order on the parties' Stipulation to Stay Action (Doc. No. 7), Plaintiff Arch Insurance Company ("Arch") and Defendant John F. Otto, Inc. dba Otto Construction ("Otto") hereby submit their Joint Status Report regarding the state court action that Otto filed against Arch in Superior Court for the County of Solano, State of California, Case No. FCS056929 on August 11, 2021.

The parties are presently engaged in limited discovery, which primarily consists of the exchange of documents.  This limited discovery is a precursor to mediation, which the parties have scheduled to take place in person on May 17, 2022 with Attorney Eileen Diepenbrock in Sacramento, California.

Should mediation not be successful, the parties are required to attend a status conference and mediation review with the Hon. Judge Christine A. Carringer of the Solano Superior Court on August 24, 2022.

Based on the foregoing, Arch and Otto request this Court continue the stay of this action as set forth in the October 28, 2021 stay order.  Furthermore, the parties agree to submit another status report on October 28, 2022.

Dated: April 13, 2022                    Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: /s/ Christopher M. Bunge
     Christopher M. Bunge
     Attorneys for Plaintiffs
     ARCH INSURANCE COMPANY

Dated: April 13, 2022                    O'CONNOR THOMPSON MCDONOUGH KLOTSCHE LLP

By: /s/ Sean-Thomas P. Thompson
     SEAN-THOMAS P. THOMPSON
     Attorneys for Defendant JOHN F. OTTO, INC. dba OTTO CONSTRUCTION

IT IS SO ORDERED.

Dated:  June 7, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE