Christopher M. Bunge, Bar No. 258780
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
4 Park Plaza, Suite 1000
Irvine, CA 92614
Telephone: 949-852-6700
cbunge@watttieder.com

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN F. OTTO, INC. dba OTTO CONSTRUCTION, a California corporation,<br><br>Defendant. | Case No. 2:21-cv-01480-MCE-AC<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff Arch Insurance Company ("Arch") and Defendant John F. Otto, Inc. dba Otto Construction ("Otto"), by and through their respective attorneys or record, that Plaintiffs' Complaint against Otto be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 28, 2022                     Watt, Tieder, Hoffar & Fitzgerald, L.L.P.


                                         By: /s/ Christopher M. Bunge
                                             Christopher M. Bunge
                                             Attorneys for Plaintiff
                                             ARCH INSURANCE COMPANY

1  DATED: August 15, 2022           O'CONNOR THOMPSON
                                    MCDONOUGH KLOTSCHE LLP
2

3

4                                   By: /s/ Sean-Thomas P. Thompson
                                        SEAN-THOMAS P. THOMPSON
5                                       Attorneys for Defendant JOHN F.
                                        OTTO, INC. dba OTTO
6                                       CONSTRUCTION

7

8       IT IS SO ORDERED.

9

10      DATED:  August 15, 2022

11
                                    _____
12                                  MORRISON C. ENGLAND, JR.
                                    SENIOR UNITED STATES DISTRICT JUDGE